UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-269TSZ |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | ORDER GRANTING DEFENDANT GODIN'S MOTION FOR CONTINUANCE OF TRIAL DATE |
| <u>RICHARD EDWARD GODIN</u>, and ASHLEY ALEXANDRA SABESKI, | ) ) ) | |
| Defendants. | ) ) ) | |

Upon consideration of defendant Godin's motion for continuance of trial date, the Court grants the motion and finds, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), that the ends of justice served by continuing the trial date to November 7, 2005 (or up to November 17, 2005, if a later date is scheduled), outweigh the best interest of the public and the defendants in a speedy trial, in that, as set forth in the defendant's motion, it has been demonstrated that defense counsel needs additional time to properly prepare the case, review materials with his client, and investigate. Specifically, counsel needs to listen and evaluate recently provided tape recordings, review those recordings with his client, and conduct further investigation based on those tapes. All of this needs to be done for defense counsel to be adequately prepared for trial.

PROPOSED ORDER GRANTING DEFENDANT GODIN'S
MOTION FOR CONTINUANCE OF TRIAL DATE
(*RICHARD EDWARD GODIN, et al.*) – CR05-269TSZ – 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that trial in this matter is continued until November 7, 2005 (or up to November 17, 2005, if a later date is scheduled), and that any additional pretrial motions be filed no later than October 6, 2005.

IT IS FURTHER ORDERED that for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161 through 3174, the period of delay from September 12, 2005, up to and including November 7, 2005 (or up to November 17, 2005, if a later date is scheduled), is excludable time pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B)(iv).

DONE this 7th day of September, 2005.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ Michael Filipovic
WSBA No. 12319
Assistant Federal Public Defender
Attorney for Richard Edward Godin
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

PROPOSED ORDER GRANTING DEFENDANT GODIN'S
MOTION FOR CONTINUANCE OF TRIAL DATE
(*RICHARD EDWARD GODIN, et al.*) – CR05-269TSZ – 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**